Ian R. Feldman (State Bar No. 200308)
ifeldman@clausen.com
CLAUSEN MILLER P.C.
27285 Las Ramblas, Suite 200
Mission Viejo, CA 92691
Telephone: (949) 260-3100 | Facsimile: (949) 260-3190

Attorney for Defendants BUFFALO WILD WINGS, INC.,
INSPIRE BRANDS and BLAZIN WINGS, INC.,
(Erroneously sued as BLAZING WINGS, INC.)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR ROMO,<br><br>  Plaintiff,<br><br>vs.<br><br>BUFFALO WILD WINGS, INC.; INSPIRE BRANDS; BLAZING WINGS, INC. and DOES 1 TO 20, inclusive,<br><br>  Defendants. | Case No.:<br><br>**DEFENDANTS BUFFALO WILD WINGS, INC., INSPIRE BRANDS AND BLAZIN WINGS, INC.'S NOTICE OF REMOVAL OF ENTIRE ACTION PURSUANT TO 28 U.S.C. SECTION 1441(B)**<br><br>*[Concurrently Filed with Declaration of Ian R. Feldman, Certificate/Notice of Interested Parties and Civil Case Cover Sheet]*<br><br>Complaint Filed:  January 14, 2022<br>Trial:  None Set |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

PLEASE TAKE NOTICE that Defendants BUFFALO WILD WINGS, INC., INSPIRE BRANDS and BLAZIN WINGS, INC. (erroneously sued as BLAZING WINGS, INC.) (collectively "Defendants") hereby give notice of removal from the above-referenced state court action filed on January 14, 2022 in the Los Angeles County

Superior Court, to the United States District Court, Central District of California, pursuant to 28 U.S.C. section 1441(b).

In support of this removal, Defendants state as follows:

## INTRODUCTION

1. This is a civil action in which this Court has original jurisdiction under 28 U.S.C. section 1332, and it is one that may be removed to this Court pursuant to the provisions of 28 U.S.C. section 1441(b) in that it is a civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

2. On January 14, 2022, Plaintiff Cesar Romo, ("Plaintiff") filed his Complaint titled <u>Cesar Romo v. Buffalo Wild Wings, Inc., et al.</u>, in the Los Angeles Superior Court, Case No. 22STCV01720 ("Subject Action"). The Defendants in the Subject Action are Buffalo Wild Wings, Inc.; Inspire Brands; Blazin Wings, Inc. (erroneously sued as Blazing Wings, Inc.); and Does 1 to 20, Inclusive.

3. The Subject Action alleges causes of action for General Negligence and Premises Liability. These causes of action are based on a slip and fall incident that occurred in the men's restroom located at 1576 S. Azusa Ave., City of Industry, CA 91748. Specifically, Plaintiff alleges that Defendants, negligently, carelessly and recklessly owned, entrusted, managed and maintained their premises so as to allow a dangerous condition to exist.

4. The Summons and Complaint were served by personal service on Defendant Blazin Wings, Inc. on March 15, 2022 and Buffalo Wild Wings, Inc. on March 14, 2022. See Declaration of Ian R. Feldman ("Feldman Decl.") at ¶3 and Exhibit "1" attached thereto.

5. Defendant Inspire Brands has not yet been served. Feldman Decl. at ¶3.

## A COPY OF THE STATE COURT FILE IS ATTACHED

6. Attached as Exhibit "2" to the Declaration of Ian R. Feldman are copies of the Complaint Summons, Complaint, Civil Case Cover Sheet, Notice of Case

Assignment, ADR Package, Proofs of Service of Summons on Blazin Wings and Buffalo Wild Wings, Standing Orders (MSC, First Amended, Second Amended, Third Amended), and Voluntary Efficient Litigation Stipulation Packet, which represent the complete documents from the Subject Action filed to date at the time of this filing. Feldman Decl. at ¶4.

## **THERE IS COMPLETE DIVERSITY OF CITIZENSHIP**

7. For purposes of diversity jurisdiction, a corporation is a citizen of the state in which it is incorporated, and of the state where it has its principal place of business. 28 U.S.C. § 1332(c)(1); 3123 SMB, LLC v. Horn, 880 F.3d 461, 463 (9th Cir. 2018). Complete diversity of citizenship exists among Plaintiffs and all Defendants.

8. On reason and belief, Plaintiff is an individual residing in California. See Feldman Decl., at ¶6. Therefore, Plaintiffs are admittedly citizens of California for the purposes of diversity jurisdiction.

9. Blazin Wings, Inc. is a corporation, duly organized and existing under the laws of the State of Minnesota, with its principal place of business in Atlanta, Georgia. See Feldman Decl., at ¶6. Therefore, Blazin Wings, Inc. is a citizen of Minnesota and Georgia for the purposes of diversity jurisdiction.

10. Buffalo Wild Wings, Inc. is a corporation, duly organized and existing under the laws of the State of Minnesota, with its principal place of business in Atlanta, Georgia. See Feldman Decl., at ¶6. Therefore, Buffalo Wild Wings, Inc. is a citizen of Minnesota and Georgia for the purposes of diversity jurisdiction.

11. Inspire Brands, Inc. is a corporation, duly organized and existing under the laws of the State of Delaware, with its principal place of business in Atlanta, Georgia. See Feldman Decl. at ¶6. Therefore, Inspire Brands, Inc. is a citizen of Delaware and Georgia for the purposes of diversity jurisdiction.

12. DOES 1 through 20 in the Complaint are named and sued fictitiously, and their citizenship should be disregarded as a matter of law for purposes of removal on grounds of diversity jurisdiction under 28 U.S.C. sections 1332 and 1441(a), the latter

of which provides that "citizenship of defendants sued under fictitious names should be disregarded." See also Bryant v. Ford Motor Co., 886 F.2d 1526, 1528 (9th Cir. 1989).

13. Accordingly, complete diversity of citizenship with Plaintiff existed at the time Plaintiff filed the Subject Action, and still exists at the present time.

## AMOUNT IN CONTROVERSY EXCEEDS $75,000

14. On information and belief, based on pre litigation discussions, the amount in controversy in the Subject Action exceeds $75,000, exclusive of interest and costs. See Feldman Decl. at ¶6.

## ALL DEFENDANTS CONSENT TO THE REMOVAL

15. In cases involving multiple defendants, the general rule is that all of the defendants must join in the removal of the state court action to Federal Court. Eli Valley Mines, Inc. v. Hartford Accident & Indemnity Co., 644 F.2d 1310, 1314 (9th Cir. 1981). All Defendants in this matter are represented by Clausen Miller P.C. and consent to the removal. See Feldman Decl. at ¶5.

## NOTICE OF REMOVAL IS TIMELY

16. Generally, a defendant must file a notice of removal in the District Court within 30 days after receipt of the first pleading that sets forth a removable claim. 28 U.S.C. § 1446 (b)(1).

17. 28 U.S.C. § 1446 (b)(2) states, in pertinent part that:

> (B) Each defendant shall have 30 days after receipt by or service on that defendant of the initial pleading or summons described in paragraph (1) to file the notice of removal.
>
> (C) If defendants are served at different times, and a later-served defendant files a notice of removal, any earlier-served defendant may consent to the removal even though that earlier-served defendant did not previously initiate or consent to removal.

In essence, a new 30-day deadline starts each time a defendant is served. Therefore, this Notice of Removal of the Subject Action to this Court is timely.

18. In addition, this Notice of Removal of the Subject Action to this Court is timely because the parties stipulated to allow Defendants additional time to respond to the Complaint. See Feldman Decl. at ¶7 and Exhibit "3".

## CONCLUSION

19. A copy of this Notice of Removal has been sent to Plaintiff and is being filed in the Los Angeles County Superior Court to effect removal of the Subject Action to the United States District Court, pursuant to 28 U.S.C. section 1446(d).

20. WHEREFORE, Defendants pray that the above-entitled Court accept jurisdiction over this removed state court action pursuant to 28 U.S.C. section 1441(b), and that this cause proceed in this Court as an action properly so removed.

DATED: May 23, 2022               CLAUSEN MILLER P.C.


                                  BY: */s/ Ian R. Feldman*
                                       Ian R. Feldman

                                  Attorney for Defendants
                                  BUFFALO WILD WINGS, INC.,
                                  INSPIRE BRANDS and BLAZIN
                                  WINGS, INC. (erroneously sued as
                                  BLAZING WINGS, INC,)

8243467.1

## **PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 27285 Las Ramblas, Suite 200, Mission Viejo, California 92691

On May 23, 2022, I caused the following document(s) to be served on the interested parties in this action as follows:

**DEFENDANTS BUFFALO WILD WINGS, INC., INSPIRE BRANDS AND BLAZIN WINGS, INC.'S NOTICE OF REMOVAL OF ENTIRE ACTION PURSUANT TO 28 U.S.C. SECTION 1441(B)**

**[X] BY ELECTRONIC SERVICE:** I caused such documents to be transmitted and electronically served in compliance with the Local Rules of Court, California Rules of Court Rule 2.251 and Code of Civil Procedure §1010.6, on this date via internet/electronic mail, on all parties in this case as a PDF attachment to the email addresses listed on the attached service list.

**[X] BY ELECTRONIC FILING AND SERVICE**: By electronic filing and service of the foregoing document(s) using the CM/ECF System in accordance with F.R.C.P. 5(b)(2)(E) and Civil Local Rule 5.4, I electronically filed the above-listed documents by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

**[X] BY FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 23, 2022, at Mission Viejo, California.

*/s/ Natalie B. Guzman*
Natalie B. Guzman

# SERVICE LIST

Romo v. Buffalo Wild Wings, Inc., et al.

**Our Clients:  Defendants BUFFALO WILD WINGS, INC.; INSPIRE BRANDS; AND BLAZIN WINGS, INC.**

| Mauro Fiore, Jr., Esq.<br>Gilbert Perez, III, Esq.<br>Law Offices of Mauro Fiore, Jr.<br>136 E. Lemon Avenue<br>Monrovia, CA 91016<br><br>Telephone:  (626) 856-5856<br>Facsimile:  (626) 386-5520<br>Email:         mfiore@fiorelegal.com<br>                    gperez@fiorelegal.com | *Attorneys for Plaintiff*<br>*CESAR ROMO* |
|---|---|